UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE BELL,            ) | |
|     Plaintiff,        ) | No. 07 C 6480 |
|                        ) | |
|     vs.                ) | Judge Der-Yeghiayan |
|                        ) | Magistrate Judge Valdez |
| CALUMET CITY, et al., ) | |
|     Defendants.        ) | |

**INITIAL STATUS REPORT**

1) <u>Nature of claims</u>: Section 1983 action alleging unreasonable seizure, excessive force, failure to intervene, and a state claim for indemnification. There are no counterclaims.

2) <u>Relief sought</u>: Plaintiff is seeking monetary damages.

3) <u>Status of service</u>: All parties have been served.

4) <u>Legal issues</u>: §1983 claims asserting unreasonable seizure, excessive force, failure to intervene, and a state claim for indemnification.

5) <u>Factual issues</u>: The police misconduct complained of; Plaintiff alleges that he was beat up by the police and then unreasonably seized as he was leaving the police station.

6) <u>Motions</u>: There are no current motions pending.

7) <u>Discovery</u>: Plaintiff served his Rule 26(a)(1)'s Disclosures on November 29, 2007. There have been no discovery requests.

8) <u>Discovery</u>: Discovery will require written discovery and depositions.

9) <u>Discovery dates</u>:

    a) Rule 26(a)(1)'s Disclosures due: February 1, 2008

    b) Fact discovery completion: June 1, 2008

    c) Expert discovery completion by August 1, 2008.

   Dates for delivery of expert reports:
- Plaintiff to disclose expert reports by May 1, 2008
- Defendants to disclose expert reports by June 1, 2008
- Plaintiff to disclose any rebuttal expert report by July 1, 2008

  d) Filing of dispositive motions: September 1, 2008

  e) Filing of final pretrial order: 30 days after ruling on dispositive motions

10) <u>Trial commencement</u>: Case should be ready for trial after the filing of the final pretrial order.

11) <u>Length of trial</u>: The parties estimate a 3-4 day trial.

12) <u>Jury trial request</u>: There has been a request for a jury trial.

13) <u>Settlement</u>: Settlement discussions have not yet begun.

14) <u>Magistrate Consent</u>: There is not unanimous consent to proceed before the Magistrate Judge.

Respectfully Submitted,

Dated: <u>January 9, 2008</u>

/s/ Lawrence V. Jackowiak  
Law Offices of Lawrence V. Jackowiak  
20 North Clark Street, Suite 1700  
Chicago, Illinois 60602  
(312) 795-9595  
*Attorney for Plaintiff*

/s/ Michael McGrath  
Odelson & Sterk, Ltd.  
3318 West 95th Street  
Evergreen Park, Illinois 60805  
(708) 424-5678  
*Attorney for Defendants*