UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BELL, | ) | |
|     Plaintiff, | ) | No. 07 C 6480 |
| | ) | |
|     vs. | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| CALUMET CITY, et al., | ) | |
|     Defendants. | ) | |

## JOINT JURISDICTIONAL STATUS REPORT

### I. Subject Matter Jurisdiction

This is a § 1983 case. The court has federal subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a). Jurisdiction for Plaintiff's state claim is based on supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

### II. Venue (Plaintiff's position)

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), as the conduct complained of occurred in Calumet City. In addition, Plaintiff is a resident of the City of Chicago. Defendants are: a) Calumet City, and b) Calumet City police officers.

Respectfully Submitted,

Date: January 11, 2008

/s/ Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595
*Attorney for Plaintiff*

Date: January 11, 2008

/s/ Mark McGrath
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
*Attorney for Defendants*