**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANDRE BELL,** | ) | |
| **PLAINTIFF,** | ) | |
| **v.** | ) | |
| | ) | **NO. 07 C 6480** |
| **CALUMET CITY, CALUMET CITY POLICE** | ) | |
| **OFFICER THOMAS STIPANICH STAR 149,** | ) | |
| **UNKNOWN CALUMET CITY POLICE** | ) | |
| **OFFICERS JOHN DOES AND JANE ROES 1-10,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

**NOW COMES** the law firm of Odelson & Sterk, Ltd., and presents its Motion for Leave to Withdraw **TIFFANY NELSON** as an Attorney of Record for the Defendants, pursuant to Local Rule 83.17 and states as follows:

1.    On November 21, 2007, Tiffany Nelson filed her appearance in the above captioned matter.

2.    Tiffany Nelson is an attorney who was employed by Odelson & Sterk, Ltd., until January 11, 2008, when Ms. Nelson separated employment from Odelson & Sterk, Ltd.

3.    Ms. Nelson will not be handling any further matters in this case.

**WHEREFORE**, for the foregoing reasons, the law firm of Odelson & Sterk, Ltd., respectfully requests this Honorable Court grant it leave to withdraw Tiffany Nelson as an attorney of record.

Respectfully submitted,

s:/ Michael J. McGrath

Michael J. McGrath
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678