UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE BELL, | ) |
|           PLAINTIFF, | ) |
| v. | ) |
| | ) NO. 07 C 6480 |
| CALUMET CITY, CALUMET CITY POLICE | ) |
| OFFICER THOMAS STIPANICH STAR 149, | ) |
| UNKNOWN CALUMET CITY POLICE | ) |
| OFFICERS JOHN DOES AND JANE ROES 1-10, | ) |
| | ) |
|           DEFENDANTS. | ) |

## NOTICE OF MOTION

TO: Lawrence V. Jackowiak, Daniel P. Kiss & Louis J. Meyer
Law Offices of Lawrence V. Jackowiak
20 N. Clark Street - Suite 1700
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on January 22, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Samuel Der-Yeghiayan, or any Judge sitting in his stead, in the Courtroom usually occupied by him in Room 1903 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there shall present our Motion for Leave to Withdraw Attorney Tiffany Nelson as an attorney of record for the Defendants.

By:   s:/ Michael J. McGrath
One of its attorneys

## PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants on January 15, 2008.

By:   s:/ Michael J. McGrath

Michael J. McGrath
Odelson & Sterk, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805
708-424-5678