**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6480 |

Andre Bell
v.
Calumet City, Calumet City Police Officer Thomas Stipanich Star 149, and unknown Calumet City Police Officers John Does and Jane Roes 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Calumet City, Calumet City Police Officer Thomas Stipanich Star 149, and unknown Calumet City Police Officers John Does and Jane Roes 1-10

| |
|---|
| NAME (Type or print) |
| Richard F. Bruen, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Richard F. Bruen, Jr. |
| FIRM |
| Odelson & Sterk, Ltd. |
| STREET ADDRESS |
| 3318 W. 95th Street |
| CITY/STATE/ZIP |
| Evergreen Park, IL 60805 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6242594 | 708-424-5678 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐