THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE BELL, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 07 C 6480 |
| Calumet City; Calumet City Police Officers THOMAS STIPANICH, Star 149; and Unknown Calumet City Police Officers John Does and Jane Roes 1-10; | ) ) ) ) ) |
|       Defendants. | ) |

**NOTICE OF FILING**

TO:    Lawrence V. Jackowiak, Daniel P. Kiss & Louis J. Meyer
          Law Offices of Lawrence V. Jackowiak
          20 N. Clark Street - Suite 1700
          Chicago, Illinois 60602

      Please take notice that on January 16, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached Appearance a copy of which is attached hereto.


                                                By:    s:/Richard F. Bruen, Jr.
                                                           One of its attorneys

ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Lawrence V. Jackowiak, Daniel P. Kiss & Louis J. Meyer on this 16th day of January, 2008.

                                                                       s:/Richard F. Bruen, Jr.