# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6480 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Andre Bell vs. Calumet City, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 03/13/08 at 9:00 a.m. Defendants' motion noticed for 01/22/08 to withdraw Tiffany Nelson as counsel for defendants [14] is granted. Tiffany Nelson is hereby given leave to withdraw as counsel for defendants. Defendants' noticed motion date of 01/22/08 is stricken as moot. As stated on the record, Plaintiff is given leave to file an amended complaint, no later than 03/13/08, identifying the unknown officers. Should Plaintiff file an amended complaint, defendants are given 20 days thereafter to answer or otherwise plead.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|