UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Andre Bell
                        Plaintiff,

v.                                           Case No.: 1:07−cv−06480
                                                          Honorable Samuel Der−Yeghiayan

Calumet City, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 08/07/08 at 9:00 a.m. Plaintiff's expert disclosure and reports shall be served by 05/01/08. Defendants' expert disclosures and reports are to be served by 06/02/08. Plaintiff's rebuttal reports are to be served by 07/01/08. All discovery shall be noticed in time to be completed by 08/01/08. Dispositive motions are to be filed by 09/02/08. Responses to the dispositive motions, if any, are to be filed by 09/16/08 and replies, if any, are to be filed by 09/23/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.