UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6480 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| CALUMET CITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 (a)(1)(ii), the parties, by their respective attorneys, hereby stipulate to the dismissal of Plaintiff's complaint with prejudice, with all respective parties to bear their own costs and attorneys' fees.


/s/ Lawrence V. Jackowiak  
Law Offices of Lawrence V. Jackowiak  
20 North Clark Street, Suite 1700  
Chicago, Illinois 60602  
(312) 795-9595  
*Counsel for the Plaintiff*

/s/ Richard Bruen Jr  
Odelson & Sterk, Ltd,  
3318 West 95th Street  
Evergreen Park, Illinois 60805  
(708) 424-7956  
*Counsel for Defendants*